UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Teriyaki Rakia Hart<br><br>Debtor(s) | Case No. 15 B 32965 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 03/03/2016.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,523.06 |
| Less amount refunded to debtor | $276.92 |

**NET RECEIPTS:** $1,246.14

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $366.41 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $49.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $416.27

Attorney fees paid and disclosed by debtor:    $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC Comsumer Finance LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Acceptance Corporation | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Allianceone | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| American Financial Choice | Unsecured | 570.79 | NA | NA | 0.00 | 0.00 |
| Ars | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| Ars Account Resolution | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance L.L.C. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Atlas Aquisitions LLC | Unsecured | 425.50 | NA | NA | 0.00 | 0.00 |
| Buds Ambulance Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Reven | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Dept of Revenue | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 9,200.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,668.86 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Direct Recovery Associ | Unsecured | 2,749.00 | NA | NA | 0.00 | 0.00 |
| Dr Leonards/Carol Wrig | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| FingerHut | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 343.24 | NA | NA | 0.00 | 0.00 |
| H&R Block Bank | Unsecured | 678.56 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp | Secured | 6,621.79 | 6,621.79 | 6,621.79 | 751.30 | 0.00 |
| Hinkley Springs | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 39.40 | 39.40 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 94.00 | 95.29 | 95.29 | 0.00 | 0.00 |
| Ingall Memorial Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Midwest Emergency Assoc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| Lake Imaging LLC | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| M.C.O.A c/o Village of Dolton | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| M.C.O.A c/o Village of Lansing | Unsecured | 6,750.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Melanie Fitness Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Midstate Collection So | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mutual Hospital Services | Unsecured | 1,089.00 | NA | NA | 0.00 | 0.00 |
| Mutual Hospital Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Northern Indiana Public Service Company | Unsecured | 161.76 | NA | NA | 0.00 | 0.00 |
| Pathology Assoc. of Chicago | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 211.81 | NA | NA | 0.00 | 0.00 |
| R & R Country Motors | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers, LT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of South Holland Water Dept | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Wanda King | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| WFCB / Blair Catalog | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Why not lease it | Secured | 1,000.00 | 1,173.70 | 1,173.70 | 78.57 | 0.00 |
| WOW | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,621.79 | $751.30 | $0.00 |
| All Other Secured | $1,173.70 | $78.57 | $0.00 |
| **TOTAL SECURED:** | **$7,795.49** | **$829.87** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $95.29 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$95.29** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$39.40** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $416.27 |
| Disbursements to Creditors | $829.87 |
| **TOTAL DISBURSEMENTS** : | **$1,246.14** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/06/2016                           By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**